ACCEPTED
13-15-00169-CR
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
10/1/2015 3:34:22 PM
Dorian E. Ramirez
CLERK

NO. 13-15-00169-CR

# IN THE THIRTEENTH COURT OF APPEALS

# CORPUS CHRISTI AND EDINBURG, TEXAS

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
10/1/2015 3:34:22 PM
DORIAN E. RAMIREZ
Clerk

THE STATE OF TEXAS

*Appellant*

RECEIVED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
10/1/2015 3:34:22 PM
DORIAN E. RAMIREZ
Clerk

V.

MICHAEL MAURER

*Appellee*

## APPELLEE'S SECOND AMENDED BRIEF

JOHN C. CONNOLLY

1004 Congress, 3rd Floor

Houston, TX 77002

(713) 807-1800

(832) 575-3350 Fax

State Bar No. 04702000

johnconnolly@ymail.com

NO ORAL ARGUMENT REQUESTED

## IDENTITY OF PARTIES AND COUNSEL

**APPELLEE:**    Michael Maurer, represented by

Trial and Appellate Counsel:

    John C. Connolly
    1004 Congress, 3rd Floor
    Houston, TX 77002

**APPELLANT:**    The State of Texas, by the District Attorney for Nueces County, represented by

Appellate Counsel:

    A. Cliff Gordon, Asst. Dist. Atty.
    901 Leopard St., Room 206
    Corpus Christi, TX 78401

Trial and Appellate Counsel:

    Mark Skurka, District Attorney
    Dulce Salazar Valle, Asst. Dist. Atty.
    901 Leopard St., Room 206
    Corpus Christi, TX 78401

# TABLE OF CONTENTS

IDENTITY OF PARTIES AND COUNSEL..............................ii

INDEX OF AUTHORITIES.......................................iv

STATEMENT OF THE CASE....................................v

ISSUE PRESENTED.......................................vi

STATEMENT OF FACTS..................................1

SUMMARY OF THE ARGUMENT.........................2

ARGUMENT..........................................3

PRAYER............................................4

CERTIFICATE OF COMPLIANCE.......................4

CERTIFICATE OF SERVICE..........................5

# INDEX OF AUTHORITIES

CASES:

*State v. Jolly,* 446 S.W. 3rd 613 (Tex. App. Amarillo 2014, no.pet)

# 1.
# <u>STATEMENT OF THE CASE</u>

Defendant concurs with the State's STATEMENT OF THE CASE.

# ISSUE PRESENTED

Defendant concurs with the State's ISSUE PRESENTED

## STATEMENT OF FACTS

Defendant generally concurs with the State's STATEMENT OF FACTS. However, the State fails to note that the Defendant's Motion to Dismiss was filed subsequent to the setting of the case for trial by the COURT.

## SUMMARY OF THE ARGUMENT

The case was set for trial by the trial court. There is no evidence in the record that the District Attorney's Office had any involvement in the case being set for trial. It is therefore safe to assume that but for the action of the trial court, this case would remain in an inactive status indefinitely into the distant future. The State initiated the prosecution, and the State has not only the burden of proof, but the burden to move forward with the evidence. The State failed to meet its burden, but yet now asks the Court of Appeals to reward this behavior over 8 years after initiating this prosecution. The Defendant urges this Court to reject the rationale and holding in *State v. Jolly,* 446 S.W. 3rd 613 (Tex. App. Amarillo 2014, no.pet) and affirm the trial court's order dismissing the charges.

# ARGUMENT

**The trial court correctly dismissed the charges against Defendant on speedy trial grounds.**

Two (2) factual matters differentiate *State v. Jolly,* 446 S.W. 3rd 613 (Tex. App. Amarillo 2014, no.pet) from the case at hand:

1.  Defendant offered sworn, unrebutted testimony regarding the prejudicial results of the 8 year delay. No such testimony was offered in *Jolly.*

2.  In *Jolly*, the State , apparently recognizing its negligence in the delay of prosecution, was responsible for setting the case on the trial docket. In the case at hand, no such evidence exists. But for the trial court's initiative in setting the case for trial, this case would remain in judicial limbo.

## PRAYER

For these reasons, Defendant urges this Court to reject the rationale and holding in *State v. Jolly,* 446 S.W. 3rd 613 (Tex. App. Amarillo 2014, no.pet) and affirm the trial court's order dismissing the charges.

Respectfully submitted,

JOHN C. CONNOLLY
1004 Congress, 3rd Floor
Houston, TX 77002
(713) 807-1800
(832) 575-3350 Fax
State Bar No. 04702000
johnconnolly@ymail.com
Counsel for **Appellee**

## CERTIFICATE OF COMPLIANCE

According to the word count of the computer program used to prepare this document, it contains 621 words.

## CERTIFICATE OF SERVICE

I certify that on September 29, 2015, I faxed a true copy of this Amended

Brief to the following counsel: A. Cliff Gordan, (361) 888-0399.

JOHN C. CONNOLLY
Attorney for Appellee

5.